**REESE LLP**
Michael R. Reese (Cal. State Bar No. 206773)
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
Email: *mreese@reesellp.com*

*Counsel for Plaintiff*
(additional counsel on signature page)

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD DAVIS, | |
| Plaintiff, | Civil Action No.: 18-cv-4431 |
| v. | |
| C-CHANGE MEDIA INC., | COMPLAINT AND JURY DEMAND |
| Defendant. | |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, HAROLD DAVIS ("Davis" or "Plaintiff"), brings this complaint in the United States District Court for the Northern District of California against C-CHANGE MEDIA INC. ("C-Change" or "Defendant"), alleging as follows:

## PARTIES

1. Plaintiff is an internationally-known digital artist and award-winning professional photographer. Davis is also the author of many bestselling photography books including: *The Way of the Digital Photographer* (Peachpit Press, awarded as a Best Photography Book of the Year by Photo.net); *Achieving Your Potential As a Photographer: A Photographer's Creative Companion and Workbook* (Focal Press); and *Photographing Flowers* (Focal Press, rated the Best Guide to Flower Photography by Digital Photographer Magazine).

2. Plaintiff is an Adobe Influencer, a Moab Master printmaker and a Zeiss Lens Ambassador. Davis's photographs have been licensed by art publishers, corporations, and online and print publications throughout the world.

3. Plaintiff's work has been exhibited in venues worldwide including but not limited to: Photokina (Cologne, Germany); PhotoPlus Expo (New York, New York); Weston Gallery (Carmel, CA); the Gallery Photo in (Oakland, California); the Arts & Friends Gallery (Heidelberg, Germany); and the Awagami Gallery (Tokushima, Japan).

4. On information and belief, Defendant is a Domestic Stock Corporation existing under the laws of the state of California, with headquarters in Oakland, California. Defendant is a digital media company. Defendant owns and operates several websites, including www.poetsandquants.com, www.poetsandquantsforundergrads.com, www.poetsandquantsforexecs.com, www.tippingthescales.com, and www.weseegenius.com.

## JURISDICTION AND VENUE

5. This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

6. This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

7. Defendant is subject to personal jurisdiction in California.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

9. This Court also has personal jurisdiction over Defendant, and venue in this District is proper under 28 U.S.C. § 1400(a).

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

10. Plaintiff captured the photograph, "City of Light" ("Copyrighted Photograph") on April 20, 2013 in Paris, France. [Exhibit 1]. Plaintiff captured Copyrighted Photograph using great technical skill and careful timing, as well as significant time and energy.

11. Plaintiff registered Copyrighted Photograph with the United States Copyright Office on May 17, 2016 (Registration No.: VA 2-010-613). [Exhibit 2].

12. On or about September 12, 2016, Plaintiff posted Copyrighted Photograph to www.digitalfieldguide.com/blog/11332 (Last visited June 10, 2018). [Exhibit 3].

13. Beginning on or about September 12, 2016, Defendant copied and posted Copyrighted Photograph to the Defendant's commercial website, www.poetsandquants.com (Last visited June 10, 2018).

14. Defendant posted Copyrighted Photograph to the following URL:

- www.poetsandquants.com/2016/09/12/meet-hec-paris-mba-class-2018/2 (Last visited June 10, 2018). [Exhibit 4].

15. Defendant used Copyrighted Photograph as a nearly full-page photograph to accompany the post, "Meet The HEC Paris MBA Class OF 2018," authored by Jeff Schmidt. [Exhibit 4].

## COUNT I:

## INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. § 101 ET SEQ.

16. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

17. Plaintiff is, and at all relevant times has been, the copyright owner or licensee of exclusive rights under United States copyright with respect to Copyrighted Photograph, which is the subject of a valid of Copyright Registration by the Register of Copyrights.

18. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce and distribute the Copyrighted Photograph to the public.

19. Plaintiff is informed and believes Defendant, without the permission or consent of Plaintiff, copied and used Copyrighted Photograph on Defendant's commercial website, www.poetsandquants.com. In doing so, Defendant violated Plaintiff's exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiff's copyright and exclusive rights under copyright.

20. Plaintiff is informed and believes that the foregoing act of infringement was willful and intentional, in disregard of and with indifference to the rights of Plaintiff.

21. As a result of Defendant's infringement of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to actual or statutory damages, including any profits realized by Defendant attributable to the infringement, pursuant to 17 U.S.C. § 504 for Defendant's infringement of Copyrighted Photograph.

## COUNT II:

## CONTRIBUTORY INFRINGEMENT

22. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, knowingly made available Copyrighted Photograph to third party publishers by posting active links to social media companies immediately adjacent to Copyrighted Photograph.

23. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, had knowledge or reason to know of such contributory infringement.

24. As a result of Defendant's actions, Plaintiff is entitled to actual damages or such other and further relief as is just and proper.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. Declaring that Defendant's unauthorized conduct violates Plaintiff's rights under the Federal Copyright Act;

B. Immediately and permanently enjoining Defendant, its officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and republishing Plaintiff's Copyrighted Photograph without consent or otherwise infringing Plaintiff's copyright or other rights in any manner;

C. Ordering Defendant to account to Plaintiff for all gains, profits, and advantages derived by Defendant by their infringement of Plaintiff's copyright or such damages as are proper, and since Defendant intentionally infringed Plaintiff's copyright, for the maximum allowable statutory damages for each violation;

D. Awarding Plaintiff actual and/or statutory damages for Defendant's copyright infringement in an amount to be determined at trial;

E. Awarding Plaintiff his costs, reasonable attorneys' fees, and disbursements in this action, pursuant to 17 U.S.C. § 505; and

F. Awarding Plaintiff such other and further relief as is just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: July 23, 2018

**REESE LLP**

*/s/ Michael R. Reese*
Michael R. Reese (Cal. State Bar No. 206773)
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
Email: *mreese@reesellp.com*

- and -

**THE LAW OFFICE OF DAVID C. DEAL, P.L.C.**
David C. Deal (VA Bar No.: 86005)
P.O. Box 1042
Crozet, Virginia 22932
Telephone: (434) 233-2727
Facsimile: (888) 965-8083

*Counsel for Plaintiff*

**EXHIBIT 1**



-7-
COMPLAINT


# **EXHIBIT 2**

## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-010-613**
**Effective Date of Registration:**
May 17, 2016

**Title** _____

**Title of Work:** Group Registration Photos, Harold Davis, published January 1, 2013, to December 30, 2013; 334 photos

**Content Title:** Post Auto
Old Bay Bridge Pylons
Old Tree Roots in a Temple Yard
Tail light
Dhyana Mudra
Tokyo Imperial Palace Moat
Imperial Moat
On the Highline, New York
White Chrysanthemum Japonicum at Giverny
Negative Space
Structure to Noise
Contemplation
Meditation
La Basilique du Sacrã© Cã"ur de Montmartre
Tulip
Red Tulips in a Glass Vase
Rose center curves
As Time Goes By
Panorama of the Kumano Sanzen Roppyaku Po
Distant Japanese Landscape
Panorama of the Kumano Sanzen Roppyaku Po

Page 1 of 12

La Tour Eiffel
Parc de Sceaux
Harold Davis workshop at Giverny
San Sulpice
Bourg-la-Reine
Harold's Feet
Fontaine Saint-Michel
Luxembourg Gardens
Institut de France
Paris Street Tart
Notre Dame
Carafe at Lunch
Opera Garnier
City of Light
Quai de Bourbon
Orchid
"Doc Hudson" on Solano
Hudson Hornet Hood Ornament
Granite Sea
Katie Rose in Tiger Paint
Piggyback Waterdrop
Windswept Sea
Ranunculus and Sheep Skull
Calypso Orchid
Piggyback
Sand Dollar
Death Valley Badlands
Shadow of the Belltower
Arizona Plateau at Sunset
Barn Door
Black Glass

Page 9 of 12

**EXHIBIT 3**

## Harold Davis

Creative vision, quality, and craft in photography and digital art

HOME    LEARNING    FAQS    ART EDITIONS    BLOG    PORTFOLIOS    ABOUT

### 2014 Photograph Paris with Harold Davis Workshop

April 26 – May 4, 2014

9 Days in Paris with Harold Davis

Click here to register for the 2014 Photograph Paris with Harold Davis workshop.

*Les Lumières de Paris* © Harold Davis

Offered in cooperation with Accolades International Tours for the Arts, *A division of Group Travel Directors*

2000 West 98th Street
Minneapolis MN 55431-2593

Phone: 952-881-7811; Toll Free: 800-747-2255; Fax: 952-881-6276

www.gtd.org

For more information, please contact Sarah Loan Nolte, snolte@gtd.org

**EXHIBIT 4**

